

2010 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

1-13-2010

# USA v. John Rigas

Precedential or Non-Precedential: Precedential

Docket No. 08-3218

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2010

Recommended Citation

"USA v. John Rigas" (2010). *2010 Decisions*. Paper 1967.
http://digitalcommons.law.villanova.edu/thirdcircuit_2010/1967

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2010 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 08-3218

UNITED STATES OF AMERICA

v.

JOHN J. RIGAS;
TIMOTHY J. RIGAS,
                              Appellants

(MDPA Nos. 05-cr-00402-001 and 002)

PRESENT:   SCIRICA, Chief Judge, McKEE, RENDELL, BARRY, AMBRO,
           FUENTES, SMITH, FISHER, CHAGARES, JORDAN, HARDIMAN,
           and ROTH, Circuit Judges

**ORDER**

Upon consideration of the petition for rehearing filed by Appellee the United
States of America and the answer filed by Appellants John J. Rigas and Timothy Rigas, it
is hereby O R D E R E D that the petition for rehearing en banc is granted on the sole
issue of whether the two clauses in 18 U.S.C. § 371 -- the "offense" clause and the
"defraud" clause -- constitute separate offenses under the Double Jeopardy Clause of the
United States Constitution.

The Clerk of this Court shall list the appeal for rehearing en banc on Wednesday,
February 17, 2010, at 10:00 a.m. Additional briefing in this matter is not required. The
parties are directed to file an additional 25 copies of the briefs which were previously
filed with the Clerk within 14 days from the date of this order.


                              By the Court,

                              /s/ Anthony J. Scirica
                              Chief Judge

Date:  January 13, 2010
ARL/cc: AH; APR; GJR; MPF; LGM; JUM; PMN;